UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2003 DEC 15   P 2: 45

DIRECTV, Inc., a California corporation,

Plaintiff,

v.

Case No. 3:03-CV-676-J-32MMH

3:03-co-351-J-mmH

MARC ALLEN,

Defendant.

_____

### NOTICE OF MEDIATION CONFERENCE

This Mediation Conference in this matter shall be held with Mediator, **Robert Hetsler**, on Friday, January 30, 2004, at 1:00 p.m. (2 hours have been reserved), at the offices of Robert Hetsler, located at 10151 Deerwood Park Blvd, Building 200, Suite 240, Jacksonville, Florida, 32256, telephone (904) 371-3030.

NOTICE OF MEDIATION CONFERENCE dated December 11, 2003.

_____
Scott C. Roberts, Esquire
Florida Bar No. 0139970
Viktoria Collins, Esquire
Florida Bar No. 0521299
Jill M. Hampton, Esquire
Florida Bar No. 0577571
STUMP, STOREY, CALLAHAN
& DIETRICH, P.A.
Post Office Box 3388
Orlando, Florida 32802
(407) 425-2571 Fax (407) 650-2967
Attorneys for Plaintiff DIRECTV, Inc.

SCANNED

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by Regular U.S. Mail this _11_ day of December, 2003 to **Aaron R. Cohen, Esquire,** 6712 Atlantic Blvd, Jacksonville, Florida, 32211.

_____
Jill M. Hampton, Esquire

cc.   Robert Hetsler
      10151 Deerwood Park Blvd
      Building 200
      Suite 250
      Jacksonville, Florida  32256