# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

DIRECTV, INC.,

    Plaintiff,

vs.                                    Case No. 3:03-cv-351-J-MMH

MARC ALLEN,

    Defendant.
_____/

## ORDER APPOINTING A MEDIATOR

Pursuant to the Order referring this case to mediation issued by this Court on December 3, 2003, which addressed selection of a mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that the following individual is appointed to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | Robert Hetsler |
| **Address:** | 10151 Deerwood Park Boulevard |
| | Building 200, Suite 240 |
| | Jacksonville, FL 32256 |
| **Telephone Number:** | (904) 371-3030 |

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 18th day of December, 2003.

**MARCIA MORALES HOWARD**
United States Magistrate Judge

Copies furnished to:

Counsel of Record (w/out attachment)
Mediator (w/attachment)
Attachment: Federal Court Mediation - Description of Process

FILE COPY

Date Printed: 12/19/2003

Notice sent to:

    Viktoria Collins, Esq.
    Stump, Storey, Callahan & Dietrich, P.A.
    37 N. Orange Ave., Suite 200
    P.O. Box 3388
    Orlando, FL 32802-3388

    3:03-cv-00351    mgg

    Aaron R. Cohen, Esq.
    Law Office of Aaron R. Cohen
    P.O. Box 4218
    Jacksonville, FL 32201

    3:03-cv-00351    mgg

    Robert G. Hetsler Jr., Esq.
    Law Office of Robert G. Hetsler, Jr.    W/Attachment
    Building 200, Suite 250
    10151 Deerwood Park Blvd.    Mailed
    Jacksonville, FL 32256

    3:03-cv-00351    mgg